UNITED STATES DISTRICT COURT
EASTERN District of Louisiana

Andrew D. Wetzel
   V.
Warren Montgomery, et al

21-1460
SECT. M MAG. 2

Civil Action
No:
Section:

Petition Pursuant To 28 U.S.C 2241
Pretrial writ of Habeas Corpus

(1) Petitioner is Andrew Wetzel
(2) Defendant is Warren Montgomery
(3) Claims are: violation of due process
(4) Relief is: Release

Wherefore the Petitioner prays.

s/ [signature]

Andrew Wetzel
#539129/C300
P.O. Box #908
Covington, LA 70433

TENDERED FOR FILING

JUL 30 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



NEW ORLEANS LA 700

27 JUL 2021 PM 1 L

NOT CENSORED
ST TAMMANY PARISH JAIL

U.S.D.C. - EASTERN
CLERK of court
500 Poydras St.
Room C-151
New Orleans, LA 70130

70130-336731

Andrew Goetzel
#539179/ C300
P.O. Box #908
Covington, LA 70433