UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW D. WETZEL | CIVIL ACTION |
| VERSUS | NO. 21-1460 |
| WARREN MONTGOMERY | SECTION: M (2) |

## ORDER

The record reflects that petitioner has neither paid the required fee nor submitted an application to proceed *in forma pauperis* in this matter, as he was instructed by the Clerk of Court on August 3, 2021 (R. Doc. 2).

Accordingly,

**IT IS ORDERED** that petitioner either pay the required filing fee or file an application to proceed *in forma pauperis* on or before December 6, 2021.

If petitioner fails to comply with this Order, this action will be dismissed without further notice for failure to prosecute.

New Orleans, Louisiana, this 15th day of October, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

Clerk to provide copy to:
Andrew D. Wetzel
#539179
St. Tammany Parish Jail
P.O. Box 908
Covington, LA 70434