UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW D. WETZEL | CIVIL ACTION |
| VERSUS | NO. 21-1460 |
| WARREN MONTGOMERY | SECTION M (2) |

## ORDER

This Court ordered the petitioner to provide the required filing fee or file an application to proceed *in forma pauperis* on or before December 6, 2021, or risk the dismissal of this action without further notice (R. Doc. 4). Upon review of the record the petitioner has not complied with the Court's directive.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice for plaintiff's failure to prosecute.

New Orleans, Louisiana, this 21st day of December, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

Clerk to provide copy to:
Andrew D. Wetzel
#539179
St. Tammany Parish Jail
P.O. Box 908
Covington, LA 70434